STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

FRANCISCO CARINO ESQUILIN

Case No. 11-00417-ESL

Chapter 13

Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

### I. Appearances

Debtor [ ] Present [✓] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[✓] Substitute _Michelle Vega_

Date: March 01, 2011
Time: 8:33 am  Track: _____
[✓] This is debtor(s) _1_ Bankruptcy filing.
Liquidation Value: _____
Creditors _none_

### II. Oath Administered
[ ] Yes  [✓] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns_____ [ ] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[ ] Closed   [ ] Not Held   [✓] Continued _04-07-11_ at _8:00 am_

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

In re:

FRANCISCO CARINO ESQUILIN    Case No. 11-00417-ESL

Chapter 13    Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

---

**VI. Plan** (Cont.)
Date: January, 24, 2011    Base $ 13,200.00    [X] Filed    Evidence of Pmt shown: _____
Payments _0_ made out of _1_ due.    [ ] Not Filed

**VII. Confirmation Hearing Date:** March, 30, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 0.00 = $ 3,000.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____    [ ] Amended S.O.F.A. _____
[ ] Insurance estimate _____    [ ] Amended plan
                                         [ ] Business Documents
[ ] Assumption/Rejection executory contract    [ ] Monthly reports for the months
[ ] Appraisal _____

[ ] State tax returns years _____    [ ] Public Liability Insurance
[ ] Federal tax returns years _____    [ ] Premises _____
[ ] Correct SS # (Form B21)    [ ] Vehicle(s) _____
  [ ] Debtor  [ ] Joint debtor    [ ] Licenses issued by:
[ ] Other: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

Ms. Vega reports client was hospitalized last evening.

Trustee/Presiding Officer    Date: March 01, 2011
                                   (Rev.